UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEANNA WALKER, individually and as ADMINISTRATOR OF THE ESTATE OF WILLIAM MILES REYNOLDS,<br><br>  Plaintiff,<br><br>vs.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 15-cv-450-CVE-FHM<br>)<br>)<br>)<br>)<br>)<br>) |

## SETTLEMENT CONFERENCE REPORT

On December 14, 2015, a Settlement Conference was held in the captioned matter.

 ✓ The litigation was settled; ~~within ten (10)~~ by JAN. 5, 2016 days of the date hereof, the Plaintiff and Defendant shall file:

   ✓ a Stipulation of Dismissal

   - a Journal Entry of Judgment.

 ____ The litigation was not settled.

 ____ Settlement negotiations are pending.

Dated: December ~~14~~ 16, 2015

             _/s/ Larry B. Lipe_
             Larry B. Lipe
             Adjunct Settlement Judge