## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

(1) DEANNA WALKER, individually
and as ADMINISTRATOR OF THE
ESTATE OF WILLIAM MILES
REYNOLDS

PLAINTIFF,

vs.

(2) AMERICAN GENERAL LIFE
INSURANCE COMPANY

DEFENDANT.

15CV-00450-CVE-FHM

**(Tulsa County Case No. CJ-2015-02547)**

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to FED.R.CIV.P.41(a)(1)(ii), hereby stipulate that the above-

styled and numbered action is hereby dismissed with prejudice.


Respectfully submitted,


By: /s/ Whitney M. Eschenheimer
    Whitney M. Eschenheimer, OBA No. 17025
    **JOHNSON & JONES, P.C.**
    Two Warren Place
    6120 South Yale, Ste. 500
    Tulsa, Oklahoma 74136
    Telephone: (918) 382-4343
    Fax: (888) 789-0940
    **ATTORNEYS FOR PLAINTIFF**
    wme@johnson-jones.com

/s/ Jason A. Richardson
David T. McDowell, Texas -00791222
Padon D. Holt, Texas- 24093619
Jason A. Richardson, Texas- 24056206
Edison, McDowell & Hetherington LLP
Phoenix Tower
3200 Southwest Freeway
Suite 2100
Houston, Texas 77027
**Attorneys for Defendant**


CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2016 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:


Upon all Counsel or Parties of Record:


David Todd McDowell david.mcdowell@emhllp.com,
Padon D. Holt  padon.holt@emhllp.com
Jason A. Richardson jason.richardson@emhllp.com
Christopher Benton Woods      woodsc@crowedunlevy.com
Jonathan David Cartledge      jcartledge@johnson-jones.com


/s/ Whitney M. Eschenheimer